ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

2010 JAN -4 PM 3:29

DUBLIN DIVISION

| | |
|---|---|
| THOMAS LEWIS WHITE, | ) |
| Plaintiff, | ) |
| v. | ) CV 309-043 |
| GEORGIA BOARD OF PARDON AND PAROLE, et al., | ) |
| Defendants. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's request for injunctive relief is **DENIED**. (Doc. no. 10).

SO ORDERED this 4th day of Jan., 2010, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE